**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 11-23083-CIV-GRAHAM/GOODMAN

JONATHAN CORBETT,

    Plaintiff,

vs.

PROSPER MARKETPLACE,INC.,

    Defendant.
_____/

**NOTICE REGARDING SERVICE OF PROCESS**

    **THIS CAUSE** comes before the Court upon a review of the record.

    Rule 4 of the Federal Rules of Civil Procedure provides in pertinent part that if service of the summons and complaint is not made within 120 days after the filing of the complaint, the Court upon motion or on its own initiative upon notice to the plaintiff, shall dismiss the action without prejudice. See Fed.R.Civ.P. 4(m). This Notice shall constitute notice to the Plaintiff that the Court shall dismiss this action if the requirements of Rule 4 are not satisfied.

    In addition, Plaintiff is hereby advised that cases in this Division are set for trial within one year of the filing of the Complaint, without exception.  Accordingly, it is in all parties' best interests that Defendant be served with a copy of the summons and complaint immediately, so that in the interests of justice this matter may proceed to trial expeditiously and without delay.

    Based on the foregoing, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff shall serve the summons and complaint on Defendant on or before December 23, 2011. If service is not effectuated by this date, Plaintiff shall file a notice explaining the reason for the delay. This Notice shall constitute notice to the Plaintiff that the Court shall dismiss this action if the requirements of Rule 4 are not satisfied.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of November, 2011.

<pre>
                                   s/Donald L. Graham
                                   DONALD L. GRAHAM
                                   UNITED STATES DISTRICT JUDGE
</pre>

cc: All Counsel of Record