FILED by ___ D.C.

DEC 14 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Jonathan Corbett
                                    Plaintiff

v.

Prosper Marketplace, Inc.
                                    Defendant

**11-CV-23083 (Graham/Goodman)**

**PLAINTIFF'S NOTICE
OF DISMISSAL**

Proof of service not yet filed, and opposing counsel having not yet appeared, Plaintiff requests that this Court dismiss this action with prejudice in accordance with Fed. R. Civ. P., Rule 41(a)(1).

Dated: Miami, FL

December 13th, 2011

Respectfully submitted,

Jonathan Corbett

Plaintiff, *Pro Se*

407 Lincoln Road, #11A

Miami Beach, FL 33139

E-mail: jcorbett@fourtentech.com